EDWARD KUHN, an Infant, by His Guardian ad Litem, HELEN F. KUHN, Appellant, v. THE LONG ISLAND RAILROAD and Others, Respondents.— Judgment affirmed, with costs. No opinion. Young, Kapper, Seeger and Carswell, JJ., concur; Hagarty, J., taking no part.

MINNIE LAVIN, as Administratrix, etc., of CHARLES LAVIN, Deceased, Appellant, v. BLUE RIDGE COAL CORPORATION, Respondent.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event. The trial court erred in dismissing the complaint. The questions of defendant's negligence and of decedent's freedom from contributory negligence should have been submitted to the jury. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

ADOLPH LICHT, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

JACOB MARK, Respondent, v. SAMUEL LUSTBADER, JR., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

PETER MARTORI, Appellant, v. ANNA A. BOOTH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

BERNARD McGLONE, Appellant, v. WILLIAM ANGUS, INC., Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Kapper, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents, being of opinion that when a contractor erects, within a building, a structure which by its very nature invites the use of it by anybody rightfully upon the premises, he owes to the user the duty of exercising reasonable care.

GEORGE OLSEN, Respondent, v. T. HOGAN & SONS, INC., Appellant. INTERNATIONAL MERCANTILE MARINE COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

HARRIET PORT, Appellant, v. SUSIE M. WHITE, Respondent, and THE DIME SAVINGS BANK OF BROOKLYN and Others, Defendants.— Order denying plaintiff's motion for a preference reversed upon the law and the facts, without costs, and motion granted, without costs. While we are loath to interfere with the discretion of the justice presiding at Trial Term in the conduct of the calendar, we are of opinion that this case presents special circumstances which require the granting of the motion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.